FILED
DEC 0 2 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON, JR.)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 11CR4530-GT |
| Plaintiff, ) | |
| v. ) | ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING |
| MARGARITO ESPINOZA-ACEVES, ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED** that the joint motion to continue the Sentencing Hearing Setting in this matter now scheduled for December 15, 2011 at 9:30 a.m. to **December 14, 2011 at 9:30 a.m.** is granted.

**IT IS SO ORDERED.**

Dated: 12-2-11

_____
HONORABLE GORDON THOMPSON, JR.
UNITED STATES DISTRICT COURT JUDGE